## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: VANESSA GREGORY

                                                   CHAPTER 13

DEBTOR                                                 CASE NO. 19-00443

### MOTION FOR EXTENSION OF AUTOMATIC STAY

COMES NOW, Vanessa Gregory, Debtor, and respectfully moves the Court pursuant to 11 U.S.C. §362 to enter an Order allowing her to extend the automatic stay and would show unto the court the following:

1.

Debtor filed a voluntary Chapter 13 Bankruptcy petition on February 5, 2019.

2.

Debtor previously filed a Chapter 13 Bankruptcy on September 6, 2018 and was assigned case number 18-03437.  The case was dismissed on November 15, 2018.

3.

The petition filed in this case has been filed in good faith as to all creditors.  Debtor believes that the Chapter 13 plan that she has submitted will be confirmed and that she will be able to fully perform under the terms of the plan.

**WHEREFORE,** Debtor requests that this Court continue the automatic stay under §362(a) as to all creditors for the duration of this Chapter 13 proceeding.

Respectfully submitted, this the 6th day of February 2019.

                                        /s/ Marquis D. Rose
                                        Marquis D. Rose, MSB#1040358
                                        *Attorney for Debtor*

<u>CERTIFICATE OF SERVICE</u>

    I, the undersigned attorney for the above-referenced debtor, do hereby certify that I have this date served a true and correct copy of the Motion for Extension of Automatic Stay proceedings to the affected creditor via First Class U.S. Mail and the case trustee and U.S. Trustee via Notice of Electronic Filing (NEF) through the ECF system.

    Date: February 6, 2019.

                                            /s/ Marquis D. Rose
                                            Marquis D. Rose, Esq.