___



**SO ORDERED,**

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: March 22, 2019**

The Order of the Court is set forth below. The docket reflects the date entered.

___

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

| | |
|---|---|
| IN RE: | : CASE NO.: 19-00443-NPO |
| | : CHAPTER: 13 |
| **VANESSA GREGORY** | : |
| Debtor | : |
| --- | --- |
| **THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF NRZ PASS-THROUGH TRUST EBO I FOR THE BENEFIT OF THE HOLDERS OF THE SERIES 2017-1 CERTIFICATES** | : |
| Movant, | : |
| | : **CONTESTED MATTER** |
| vs. | : |
| **VANESSA GREGORY** | : |
| **JAMES L. HENLEY, JR., Trustee** | : |
| Respondents | : |

### ORDER GRANTING MOTION TO VALIDATE FORECLOSURE SALE

The Bank of New York Mellon Trust Company, N.A., not in its individual capacity, but solely as Trustee of NRZ Pass-Through Trust EBO I for the benefit of the Holders of the Series 2017-1 Certificates, for itself, its successors and assigns (the "Movant"), filed Motion to Validate Foreclosure Sale (the "Motion") (Dkt. No. 30). Movant is an entity entitled to enforce a Deed of

Trust and Promissory Note relevant to certain real property located at 5811 KINGS PLACE, JACKSON, MS 39211 (the "Property"). Movant seeks an Order Validating the Foreclosure Sale of the property conducted on February 6, 2019. After proper notice was given the Debtor did not file a Response on or before the Response Deadline of March 19, 2019. Neither the Debtor or the Trustee opposed the Motion; accordingly, it is hereby

**ORDERED** that the Foreclosure Sale conducted as to the Property on February 6, 2019, is valid to the extent valid under Mississippi Law.

**###END OF ORDER###**

Prepared and Submitted by:

/s/ Natalie Brown
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
428 North Lamar Blvd, Suite 107
Oxford, MS 38655
(877) 813-0992
nbrown@rubinlublin.com
Attorney for Creditor

DISTRIBUTION LIST

Vanessa Gregory
5811 King`s Pl
Jackson, MS 39209

Marquis D Rose, Esq.
Post Office Box 16344
460 Briarwood Drive
Ste 400
Jackson, MS 39236

James L. Henley, Jr., Trustee
P.O. Box 31980
Jackson, MS 39286

United States Trustee
501 E. Court Street
Suite 6-430
Jackson, MS 39201

Natalie Brown, Esq.
Rubin Lublin, LLC
428 North Lamar Blvd, Suite 107
Oxford, MS 38655