**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: VANESSA GREGORY

                                                                   CHAPTER 13
DEBTOR                                                  CASE NO. 19-00443

**MOTION FOR RECONSIDERATION OF ORDER GRANTING**
**MOTION TO VALIDATE FORECLOSURE SALE**

**COMES NOW**, Vanessa Gregory, Debtor, by and through undersigned counsel and files this Motion for Reconsideration of Order Granting Motion to Validate Foreclosure Sale (DKT#42) filed by creditor and would show unto the court the following:

1.

On February 5, 2019 debtor filed a voluntary Chapter 13 Bankruptcy petition.

2.

On February 6, 2019, debtor filed her Amended Motion to extend automatic stay (DKT#12) Hearing was set for March 4, 2019 at 9:00 a.m. for said Motion to be heard.

3.

On February 25, 2019 Creditors filed their Motion to Validate Foreclosure Sale and Exhibits 1-3 (DKT#30) and their response to Debtors Motion to Extend to Automatic Stay (DKT#31). Hearing was set for March 25, 2019 at 10:00 a.m. for Motion to Validate Foreclosure sale to be heard.

4.

On March 4, 2019, the hearing was held at 9:00 a.m. after hearing oral testimony and being advised in the premises, this Court ruled that the automatic stay was imposed and over ruled the Creditor's objection.

5.

Counsel for the Debtor did not file an objection to the Creditor's Motion to Validate Foreclosure Sale and Exhibits 1-3 due to the Court's ruling at the March 4, 2019 hearing. Since the stay was imposed the foreclosure sale could not be validated.

**WHEREFORE,** Debtor requests that this Court set aside its Order Granting Motion to Validate Foreclosure Sale (DKT 42) and for any other relief general or specific to which she may be entitled.

Respectfully submitted, this the 24th day of March.

/s/ Marquis D. Rose
Marquis D. Rose, MSB#1040358
*Attorney for Debtor*

## CERTIFICATE OF SERVICE

I, the undersigned attorney for the above-referenced debtor, do hereby certify that I have this date served a true and correct copy of the Motion for Reconsideration to the affected creditor via First Class U.S. Mail and the case trustee and U.S. Trustee via Notice of Electronic Filing (NEF) through the ECF system.

Date: March 24, 2019.

/s/ Marquis D. Rose
Marquis D. Rose, Esq.