

SO ORDERED,

Judge Neil P. Olack
United States Bankruptcy Judge
Date Signed: March 27, 2019

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                         **CHAPTER 13:**

**VANESSA GREGORY**                      **CASE NO. 19-00443-NPO**

## AGREED ORDER

**THIS MATTER** came before the Court on the Trustee's Motion to Dismiss for non-payment (Docket #51 ). Thus, having considered the matter and the parties' agreement at the Debtor(s) 341 Meeting of Creditors, the Court orders as follows:

**THAT,** the parties agree that should the Debtor(s) become more than sixty (60) days delinquent in Chapter 13 Plan Payments, calculated from the first day of the first delinquent month, this case may be dismissed without further notice or hearing.

**FURTHER,** that the Debtor(s) is/are barred from filing for relief under the Chapter 13 bankruptcy code for a period of one hundred and eighty (180) days from the entry of an Order of Dismissal pursuant to this Order.

##END OF ORDER##

SUBMITTED BY:

_/s/ James L. Henley, Jr._

JAMES L. HENLEY, JR., MSB# 9909
STANDING CHAPTER 13 TRUSTEE
Post Office Box 31980
Jackson, MS 39286-1980
Ofc: (601) 981-9100
Fax: (601) 981-9888
Email: JLHenley@JLHenleych13.net

AGREED BY:

_/s/ Marquis D. Rose_

MARQUIS D. ROSE, ESQ
ATTORNEY FOR DEBTOR
Post Office Box 16344
460 Briarwood Drive, Suite 400
Jackson, MS 39236
Ofc: (601) 709-3585
Fax: (601) 510-9153
Email: marquis@marquisrose.com